# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | MARC SPECTOR & SYRI K HALL | | |
| **Case Number:** | 3:08-bk-09026-SSC | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, JUNE 24, 2013 10:00 AM PRESCOTT | | |
| **Bankruptcy Judge:** | DANIEL P COLLINS | | |
| **Courtroom Clerk:** | RHONDA VAUGHAN | | |
| **Reporter / ECR:** | ANDAMO PURVIS | | |

## Matter:

CONTINUED HEARING ON CONFIRMATION OF DEBTOR'S PLAN

**R / M #:** 185 / 0

## Appearances:

PRESTON GARDNER, ATTORNEY FOR MARC SPECTOR, SYRI K HALL
DAVID KNAPPER, ATTORNEY FOR AMERICAPITAL, LLC COLT COMMUNICATIONS, LLC ANDF MISSION PIER, LLC
RACHAEL ZAPEDA, ATTORNEY FOR IRS

## Proceedings:

Mr. Preston advises the lender has agreed to the terms of the new loan and Debtor is requesting 30 days to consummate the sale. He notes there is no need to amend the plan since the plan already provided for this.

Mr. Spector advises he has been speaking with the owner of the building and they are less than $100,000 apart. He also spoke to the lender this morning who is ready to fund immediately once the price is agreed to.

Mr. Knapper advises he did speak to the landlord representative who is unwilling to negotiate any further with Mr. Spector. His client has also submitted there are no pending negotiations with Mr. Spector as being the buyer. Mr. Knapper argues this Chapter 11 should be dismissed or converted to Chapter 7 and no further continuances should be granted.

COURT: IT IS ORDERED REQUIRING A STIPULATED ORDER CONFIRMING THE CHAPTER 11 PLAN BE LODGED NO LATER THAN JULY 24, 2013, FAILING WHICH, MR. KNAPPER CAN LODGE A PROPOSED DISMISSAL ORDER ON JULY 25, 2013.

Case 3:08-bk-09026-SSC    Doc 314    Filed 06/24/13    Entered 06/26/13 09:23:44    Desc
Main Document    Page 1 of 1    06/26/2013    9:23:32AM