SO ORDERED.

Dated: July 25, 2013

*Daniel P. Collins*

Daniel P. Collins, Bankruptcy Judge

David L. Knapper
State Bar No. 010328
**LAW OFFICES OF DAVID L. KNAPPER**
1599 East Orangewood Avenue, Suite 125
Phoenix, Arizona 85020
Telephone: (602) 252-0809
Facsimile: (602) 256-0432
E-Mail: david.knapper@azbar.org or dlk@knapperlaw.com
Attorney for Landlord

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

In Re

MARC SPECTOR and SYRI K. HALL,

Debtors.

CHAPTER 11

Case No. 3:08-bk-09026-SSC

**ORDER REQUIRING STIPULATED ORDER CONFIRMING PLAN BE LODGED NOT LATER THAN JULY 24, 2013**

(Assigned to the Honorable Judge Sarah Sharer Curley)

For good cause shown, IT IS HEREBY:

**ORDERED** that not later than July 24, 2013, the above-named Debtors in the above captioned Chapter 11 shall file a Stipulation by and between all necessary parties jointly requesting the entry of a Stipulated Order Confirming Plan, plus lodge a corresponding Stipulated Order Confirming Plan for entry with the Bankruptcy Clerk of Court. It is further

. . . .

. . . .

**ORDERED** that if no such Stipulation is filed and Stipulated Order lodged on or before July 24, 2013, then on or after July 25, 2013, legal counsel for Landlords Colt Communications, LLC and Mission Pier LLC, dba Country Square Shopping Center, shall lodge with the Honorable Bankruptcy Judge Daniel P. Collins a proposed Dismissal Order that shall dismiss the above-captioned Chapter 11.

DATED this ___ day of _____, 2013, by:

_____
JUDGE DANIEL P. COLLINS

LODGED this
23rd day of July, 2013, with:

The Honorable Judge Daniel P. Collins
District of Arizona, Phoenix Division
United States Bankruptcy Court
230 North First Avenue
Phoenix, Arizona 85003

/s/ David L. Knapper

— 2 —

LAW OFFICES OF DAVID L. KNAPPER
Case 3:08-bk-09026-SSC    Doc 321    Filed 07/25/13    Entered 07/26/13 08:12:23    Desc
Main Document    Page 2 of 2