# Davis Miles McGuire Gardner, PLLC
80 E. Rio Salado Pkwy., Ste. 401
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (480) 733-3748
efile.dockets@davismiles.com

James M. McGuire, SBN 021223
*Attorney for Debtors*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Chapter 11 Proceedings |
| MARC SPECTOR and SYRI K. HALL, | Case No. 3:08-bk-09026-SSC |
| Debtors. | |
| COLT COMMUNICATIONS, LLC, an Arizona limited liability company, aka Colt Communications, LLC, MISSION PIER, LLC, an Arizona limited liability company, aka Mission Pier, LLC, both dba Country Square Shopping Center and/or The Hideaway Restaurant, and CPP, LLC, an Arizona limited liability company, | **RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| Movants, | |
| v. | |
| MARC SPECTOR and SYRI K. HALL, | |
| Respondents. | |

Marc Spector and Syri K. Hall (the "Debtors"), by and through undersigned counsel, hereby submit their response to the Motion for Relief from Automatic Stay ("Motion") filed by the above-captioned movants ("Movant") and request that the Court deny the Motion as moot.

1

By its Motion, the Movant seeks relief from the automatic stay regarding the premises located at 251 & 256 State Route 179 (Suites 4, 5, & 6), Sedona, AZ 86336 (the "Property"), as well as an Order permitting it to take all actions necessary to exclude any party from accessing the Property and allowing it to terminate the parties' management contract. The Court's minute entry dated June 24, 2013, however, required a stipulated order confirming the Debtors' Chapter 11 plan to be lodged no later than July 24, 2013. In the absence of such an order, counsel for Movant was directed to lodge a proposed order of dismissal. The Debtors failed to lodge a stipulated order confirming their plan by the deadline, Movant may now lodge a dismissal order. As a result, the relief requested in the Motion is moot.

WHEREFORE, for all the forgoing reasons, the Debtors request that the Court deny the relief requested by Movant and for such further relief as is just.

DATED this 6th day of August, 2013.

**DAVIS MILES MCGUIRE GARDNER, PLLC**

/s/ *James M. McGuire*
James M. McGuire
*Attorneys for Debtors*

Copy of the foregoing mailed
this 6th day of January, 2013, to:

Larry L. Watson
Office of the U.S. Trustee
230 N. First Ave., Suite 204
Phoenix, AZ 85003

2

| | |
|---|---|
| 1 | David L. Knapper |
| 2 | Law Offices of David L. Knapper<br>1599 E. Orangewood Ave., Suite 125 |
| 3 | Phoenix, AZ  85020 |
| 4 | |
| 5 | By: */s/ Julie Bice*<br>　　　Julie Bice |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | 3 |